

**LAZARE POTTER GIACOVAS & MOYLE LLP**

875 THIRD AVENUE, FLOOR 28
NEW YORK, NEW YORK 10022
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3292
apremisler@lpgmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2022

August 18, 2022

Via ECF

Honorable Colleen McMahon
U.S. District Court, S.D.N.Y
500 Pearl Street
New York, N.Y. 10007

MEMO ENDORSED

Re:   *New Hampshire Insurance Company v. The Travelers Indemnity Company*
      U.S. District Court, Southern District of New York
      Docket No.: 22-CV-5968 (CM) (GWG)
      LPGM File No.: 340-1451

Dear Judge McMahon:

    This office represents Defendant Travelers Indemnity Company ("Travelers"). The parties have recently "met and conferred" about this matter. We respectfully request that the Court extend the parties' time to submit a proposed Civil Case Management Plan to September 14, 2022. Plaintiff has consented to this request. This is the first request for such an extension. This request is being made because Travelers has not yet filed an answer (currently due on September 7, 2022) and needs additional time to obtain and review all of the information necessary to respond to the complaint and prepare a Civil Case Management Plan.

    Thank you for your consideration.

Respectfully submitted,

s/ Andrew Premisler

Andrew M. Premisler

cc:   All Counsel (*via* ECF)

Granted -

*/s/ Colleen McMahon/*
8/18/2022