

LAZARE POTTER GIACOVAS & MOYLE LLP

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM



Direct: (212) 784-3292
apremisler@lpgmlaw.com

February 5, 2024

Via ECF

Honorable Colleen McMahon
U.S. District Court, S.D.N.Y
500 Pearl Street
New York, N.Y. 10007

OK
Colleen McMahon
2/7/2024

Re:   *New Hampshire Insurance Company v. The Travelers Indemnity Company*
      U.S. District Court, Southern District of New York
      Docket No.: 22-CV-5968 (CM) (GWG)
      LPGM File No.: 340-1451

Dear Judge McMahon:

This office represents Defendant Travelers Indemnity Company ("Travelers"). On behalf of both parties, we respectfully request that the Court extend the parties' deadline to submit a proposed Joint Pretrial Order (together with any accompanying submissions) from March 1, 2024 to 60 days after the Court issues a decision on the pending motions for summary judgment. This is the fourth request for an extension of the Joint Pretrial Order deadline, all of which were granted. This request is being made since both parties anticipate that Your Honor's decision on the pending motions will resolve most, if not all, of the issues remaining in dispute in this action.

Thank you for your consideration.

Very truly yours,

Andrew Premisler

Andrew Premisler

cc: All Counsel (*via* ECF)