**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
NEW HAMPSHIRE INSURANCE COMPANY,

                Plaintiff,

  -against-                                         22 **CIVIL** 5968 (CM)(GS)

                                                               **JUDGMENT**

TRAVELERS INDEMNITY COMPANY,

                Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated April 5, 2024, Travelers's motion for summary judgment is GRANTED. The complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

      April 5, 2024

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                               **Clerk of Court**

                                 **BY:**      *K. Mango*
                                                              _____
                                                               **Deputy Clerk**